# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joe Wallace Peeples, III,   Case No. 4:17CV1879

    Petitioner

    v.   **JUDGMENT ENTRY**

United States Marshal,

    Respondent

In accordance with the Opinion and Order filed contemporaneously in this case, it is ORDERED that:

1. The petition for a writ of habeas corpus (Doc. 1) be, and the same hereby is, denied;
2. Petitioner's pending motion (Doc. 3) be, and the same hereby is, denied as moot;
3. In accordance with 28 U.S.C. § 1915(a)(3), I hereby certify that an appeal from this decision would be frivolous, and no appeal will be allowed absent prepayment of the filing fee.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge